Exhibit A



ELECTRONICALLY FILED
5/4/2021 9:33 AM
02-CV-2021-900772.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

# IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | | |
|---|---|---|
| **DEBORAH A. MOSS NICHOLS,** | * | |
| | * | |
| **Plaintiff,** | * | |
| **v.** | * | |
| | * | |
| **CIRCLE K STORES, INC., and** | * | **CASE NO.: CV-2021-_____** |
| **Fictitious Defendants A – Z, being parties** | * | |
| **whose fault caused or contributed to the** | * | **PLAINTIFF DEMANDS** |
| **injuries sustained by the Plaintiff which** | * | **TRIAL BY JURY** |
| **is the basis of this suit, and whose names,** | * | |
| **capacities and identities are otherwise** | * | |
| **unknown to the Plaintiff and which will** | * | |
| **be added by amendment when** | * | |
| **ascertained,** | * | |
| | * | |
| **Defendants.** | * | |

## COMPLAINT
## JURISDICTIONAL PREAMBLE

COMES NOW the Plaintiff, Deborah A. Moss Nichols, and in accordance with the *Alabama Rules of Civil Procedure*, files the following claim for relief against the Defendant, Circle K Stores, Inc., and Fictitious Defendants, A – Z, as follows:

1. Plaintiff, Deborah A. Moss Nichols, is an adult resident of Washington County, Alabama.

2. Defendant, Circle K Stores, Inc., is a corporation conducting business in Washington County, Alabama.

3. Fictitious Defendants A – Z are persons, firms, corporations and/or entities within the jurisdiction of this court as set out in the style of this Complaint, whose true names are unknown to the Plaintiff at this time but will be substituted by amendment when discovered.

4. The amount in controversy is within the jurisdictional limits of this Honorable Court.

## FIRST CAUSE OF ACTION
## NEGLIGENCE

Plaintiff, Deborah A. Moss Nichols, alleges against the Defendants, Circle K Stores, Inc. and Fictitious Defendants A – Z, separately and severally as follows:

5.      The Plaintiff adopts and realleges all prior paragraphs as is fully set out herein.

6.      On or about the July 25, 2019, Plaintiff, Deborah A. Moss Nichols, while an invitee, was upon the premises, either owned or under the control of the Defendants, located at 3251 Dauphin Street, Mobile, Alabama 36606.  While in an area open to invitees and expected to be traversed by said invitees, the Plaintiff tripped on an unmarked curb at a gas pump, which caused her to fall and sustain injuries to her person.

7.      Plaintiff's fall was the proximate result of the Defendants' negligence in that the Defendants knew or should have known of the defective condition of the curb and failed to either remedy the defect or warn the Plaintiff of the defect.

8.      The defect of the curb was not an open an obvious hazard.

9.      As a proximate result of the Defendants' negligence, Plaintiff suffered the following injuries and damages: Plaintiff was made sick, sore, and lame; Plaintiff was battered, bruised and contused; Plaintiff was permanently injured; Plaintiff suffered physical pain and suffering and mental anguish and will so suffer in the future; Plaintiff incurred medical bills and expenses and will incur such expenses in the future; Plaintiff lost wages and an ability to earn money.

WHEREFORE, Plaintiff demands judgment against the Defendants for compensatory damages in a sum within the jurisdictional limits of this Court, plus interest and cost.

## SECOND CAUSE OF ACTION
## WANTONNESS

Plaintiff, Deborah A. Moss Nichols, alleges against the Defendants, Circle K Stores, Inc. and Fictitious Defendants A – Z, separately and severally as follows:

10.     The Plaintiff adopts and realleges all prior paragraphs as is fully set out herein.

11.     On or about the 7/25/2019, Plaintiff, Deborah A. Moss Nichols, while an invitee, was upon the premises, either owned or under the control of the Defendants, located at 3251 Dauphin Street, Mobile, Alabama 36606.  While in an area open to invitees and expected to be traversed by said invitees, the Plaintiff tripped on an unmarked curb at a gas pump, which caused her to fall and sustain injuries to her person.

12.     Plaintiff's fall was the proximate result of the Defendants' wantonness in that the Defendants knew or should have known of the defective condition of the curb and failed to either remedy the defect or warn the Plaintiff of the defect.

13.     The defect of the curb was not an open an obvious hazard.

14.     As a proximate result of the Defendants' wantonness, Plaintiff suffered the following injuries and damages: Plaintiff was made sick, sore, and lame; Plaintiff was battered, bruised and contused; Plaintiff suffered permanent injuries; Plaintiff suffered physical pain and suffering and mental anguish and will so suffer in the future; Plaintiff incurred medical bills and expenses and will incur such expenses in the future; Plaintiff lost wages and an ability to earn money.

WHEREFORE, Plaintiff demands judgment against the Defendants for punitive damages in a sum within the jurisdictional limits of this Court, plus interest and cost.

/s/ Benjamin M. Warren
BENJAMIN M. WARREN(WAR094)
Attorney for Plaintiff

OF COUNSEL:
GREENE & PHILLIPS
51 N. Florida Street
Mobile, Alabama  36607
251-478-1115 – Telephone
251-471-3920 – Facsimile

**DEFENDANT TO BE PERSONALLY SERVED AS FOLLOWS:**

**Circle K Stores, Inc.**
**c/o Corporation Service Company Inc**
**641 South Lawrence Street**
**Montgomery, AL  36104**

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2021-900772.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**DEBORAH A. MOSS NICHOLS V. CIRCLE K STORES, INC.**

**NOTICE TO:** CIRCLE K STORES, INC., C/O CSC, INC. 641 S. LAWRENCE ST., MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), BENJAMIN M. WARREN

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 51 N. FLORIDA ST., MOBILE, AL 36607

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

[✓] You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

[ ] Service by certified mail of this Summons is initiated upon the written request of _____

pursuant to the Alabama Rules of the Civil Procedure. *[Name(s)]*

| 05/04/2021 | /s/ JOJO SCHWARZAUER | By: _____ |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

[ ] Certified Mail is hereby requested.

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

[ ] Return receipt of certified mail received in this office on _____.

*(Date)*

[ ] I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*    *(Name of County)*

Alabama on _____.

*(Date)*

_____    _____    *(Address of Server)*

*(Type of Process Server)*    *(Server's Signature)*    _____

*(Server's Printed Name)*    *(Phone Number of Server)*