# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DEBORAH A. MOSS NICHOLS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIV. ACT. NO. 1:21-cv-00258-TFM-MU |
| ) | |
| CIRCLE K STORES, INC., ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the Court's Memorandum Opinion and Order entered on this same date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** Plaintiffs' claims are **DISMISSED with prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this the 18th day of July 2022.

                                                   s/Terry F. Moorer  
                                                  TERRY F. MOORER  
                                                  UNITED STATES DISTRICT JUDGE